UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61544-CIV-SMITH/VALLE

MICHAEL MAIER,

    Plaintiff,

v.

CITY OF FORT LAUDERDALE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 57], in which the Magistrate Judge recommends granting in part Defendant City of Fort Lauderdale's Motion for Costs [DE 49]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that

1. The Report and Recommendation [DE 57] is **AFFIRMED AND ADOPTED**.

2. Defendant City of Fort Lauderdale's Motion for Costs [DE 49] is **GRANTED IN PART**. Defendant is awarded a total of $3,168.30 in costs.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 12th day of April, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record